UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CIV-81507-Marra/Matthewman

GOOD MAN PRODUCTIONS, INC.,

        Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
71.196.86.255,

        Defendant.
_____/



FILED by ___ D.C.
DEC 12 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE [DE 5]

**THIS CAUSE** has come before this Court upon Plaintiff, Good Man Productions, Inc.'s ("Plaintiff") Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference (the "Motion") [DE 5]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 6. The Court being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

    1.    Plaintiff has established that good cause exists for it to serve a third party subpoena upon Comcast Cable ("the ISP").

    2.    Plaintiff may serve the ISP with a Rule 45 subpoena commanding the ISP to provide Plaintiff with the true name, address, telephone number, and e-mail address of the Defendant to whom the ISP assigned the IP address 71.196.86.255. Plaintiff shall attach to any such subpoena a copy of this Order.

    3.    If the ISP qualifies as a "cable operator," as defined by 47 U.S.C. § 522(5), which

1

states:

> the term "cable operator" means any person or group of persons
>
> (A) who provides cable service over a cable system and directly or through one or more affiliates owns a significant interest in such cable system, or
>
> (B) who otherwise controls or is responsible for, through any arrangement, the management and operation of such a cable system;

then the ISP shall comply with 47 U.S.C. § 551(c)(2)(B), which states:

> A cable operator may disclose such [personally identifying] information if the disclosure is . . . made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed.

by sending a copy of this Order to the Defendant.

4. Plaintiff may only use the information disclosed in response to a Rule 45 subpoena served on the ISP for the purpose of protecting and enforcing Plaintiff's rights as set forth in its Complaint.

**DONE AND ORDERED** in Chambers this 12th day of December, 2014 at West Palm Beach, Palm Beach County, in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE