**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM DIVISION**

| | |
|---|---|
| GOOD MAN PRODUCTIONS, INC., )<br>)<br>    Plaintiff,    )<br>)<br>v.    )<br>)<br>JOHN DOE subscriber assigned IP address    )<br>71.196.86.255,    )<br>)<br>    Defendant.    )<br>    ) | Civil Action Case No.  9:14-cv-81507-KAM |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent

corporation or a publicly held corporation that owns more than 10% of its stock.

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*