IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO. 9:14-cv-81507-KAM

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.196.86.255,

    Defendant.

## DECLARATION OF JOHN DOE, ALLEGED SUBSCRIBER ASSIGNED IP ADDRESS 71.196.86.255

## DECLARATION OF JOHN DOE

I, JOHN DOE, have personal first-hand knowledge of the facts alleged and declare as follows:

1. I received a letter dated December 23, 2015 from Comcast.

2. The letter from Comcast explains that Good Man Production, Inc. has filed a federal lawsuit in the United States District Court for the Southern District of Florida. The letter further explains that Good Man Production, Inc. alleges in its lawsuit that an IP address 71.196.86.255 on 09/20/2014 at 15:44:30 GMT uploaded or downloaded copyrighted content without permission.[1]

3. Comcast states that it will provide my name, address, and other information no later than January 23, 2015 if I do not file a motion to quash or vacate the Subpoena by January 23, 2015.

4. I am seventy-four and a half (74-1/2) years old and do not use the internet or a computer.

5. My primary language is Spanish.

6. I have never heard of, or ever used, a BitTorrent.

7. I did not download, upload, or watch a movie or video owned by Good Man Productions.

8. I do not know anybody that downloaded a movie owned by Good Man Productions.

9. I live with a spouse (hereafter "SPOUSE") and two children (hereafter "CHILD 1" and "CHILD 2").

---

[1] I do not admit to being the person who used IP address specified in the letter from Comcast.

10. SPOUSE has late stages of Alzheimers and requires regular care of others. SPOUSE regularly has visitors enter our home to care for SPOUSE.

11. CHILD 1 is severally mentally retarded and therefore requires the care from others.

12. CHILD 2 is severally disabled with mental disability and requires the care from others.

13. I have been in bad health due to a recent bout with cancer in the last few years and the combination of my health and age make me unable to care for my family.

14. At least because I cannot provide adequate care for SPOUSE, CHILD 1, and CHILD 2, many other persons, including medical professions, neighbors, cleaning professionals and their teenage children, and others regularly enter the home for lengthy periods of time, which has allowed for many other persons to access the internet.

15. Nothing about the IP address identifies the person actually downloading and viewing Plaintiff's video. Nor does the IP address establish whether the person that allegedly did download and/or upload Plaintiff's video lives in this District.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

By: *John Doe*
JOHN DOE, alleged subscriber
assigned IP address 71.196.86.255

Executed on January, 21 2015