UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

| | |
|---|---|
| GOOD MAN PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Case No.: 9:14-cv-81507-KAM |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 71.196.86.255, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE A JOINT SCHEDULING REPORT**

Plaintiff, Good Man Productions, Inc., and Defendant, John Doe, move for entry of an order extending the time within which they have to file a Joint Scheduling Report, and states:

1. Pursuant to this Court's Order entered on March 19, 2015, the deadline for the parties to file a Joint Scheduling Report is set for today, May 15, 2015.

2. On December 11, 2014, Plaintiff filed its Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference, [CM/ECF 5], on Defendant's ISP, Comcast Cable Holdings, LLC ("Comcast").

3. This Court entered an Order on December 12, 2014, granting Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference [CM/ECF 7]. That same day, Plaintiff served its subpoena on Comcast.

4. On January 22, 2015, prior to Plaintiff receiving Defendant's true identity from Comcast, Defendant filed an Omnibus Motion and Incorporated Memorandum of Law that the Court: (1) Reconsider its Order Granting Early Discover[y]; (2) Issue An Order to Show Cause;

1

(3) Dismiss Actions; (4) Quash Outstanding Non-Party Subpoena; and (5) Enter a Protective Order. [CM/ECF 9]. This motion has not yet been ruled on. Accordingly, Plaintiff has not received Defendant's identifying information.

5. On February 23, 2014, Plaintiff sent defense counsel a proposed scheduling report and requested that the parties arrange to discuss the discovery schedule via telephone. However, on February 24, 2015, defense counsel advised Plaintiff that he only entered a special and limited appearance in the instant case and therefore could not comment on the proposed scheduling report.

6. Defendant's motion to quash has not been ruled on by the Court. There is a hearing scheduled for May 19, 2015 at 2:00 PM with regards to this motion which will determine whether Defendant's information will be released to Plaintiff.

7. As a result of Defendant's pending motion to quash, Comcast has not yet complied with Plaintiff's subpoena. Therefore, Plaintiff has been unable to serve Defendant with the Complaint and Defendant's identity is currently still unknown to Plaintiff.

8. As such, Plaintiff requests an extension of time within which to file a Joint Scheduling Report, and respectfully request an additional thirty [30] days, resetting it for June 14, 2015.

9. This new deadline will provide the parties with additional time to confer and jointly submit a scheduling report.

10. This request is made in good faith and not made for the purpose of undue delay.

11. Prior to filing the instant motion, Plaintiff conferred with defense counsel who indicated that although he only entered a special limited appearance in this case, he would not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the time within which to file a Joint Scheduling Report be extended by thirty [30] days, resetting it for June 14, 2015.

DATED: May 15, 2015.

> Respectfully submitted,
>
> By: /s/ *M. Keith Lipscomb*
> M. Keith Lipscomb (429554)
> klipscomb@lebfirm.com
> LIPSCOMB EISENBERG & BAKER, PL
> 2 South Biscayne Blvd.
> Penthouse 3800
> Miami, FL 33131
> Telephone: (786) 431-2228
> Facsimile:  (786) 431-2229
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

> By:    /s/ *M. Keith Lipscomb*