IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

GOOD MAN PRODUCTIONS, INC.,

        Plaintiff,

v.                                       Civil Action No. 9:14-cv-81507-KAM

JOHN DOE, subscriber assigned IP address
71.196.86.255,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Good Man Producations, Inc., has settled this matter with Defendant, John Doe, subscriber assigned IP address 71.196.86.255 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: May 19, 2015

                                                          Respectfully submitted,

                                                          By:    /s/*M. Keith Lipscomb*
                                                          M. Keith Lipscomb (429554)
                                                          klipscomb@lebfirm.com
                                                          Lipscomb, Eisenberg & Baker, PL
                                                          2 South Biscayne Boulevard
                                                          Penthouse 3800
                                                          Miami, FL  33131
                                                          Telephone:  (786) 431-2228
                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                 By:  /s/ *M. Keith Lipscomb*
                                                     M. Keith Lipscomb